1  **McDERMOTT WILL & EMERY LLP**
2  William P. Donovan, Jr (SBN 155881)
   wdonovan@mwe.com
3  2049 Century Park East, Suite 3200
   Los Angeles, CA 90067-3206
4  Telephone: 310 277 4110
   Facsimile: 310 277 4730
5
6  *Attorneys for Defendant*
   *STUBHUB, INC.*
7
   [ADDITIONAL COUNSEL LISTED ON
8  SIGNATURE PAGE]
9
10                    **UNITED STATES DISTRICT COURT**
11                    **NORTHERN DISTRICT OF CALIFORNIA**
12
13 MICHELLE KOPFMANN, individually and on      Case No. 4:20-cv-3025-HSG
   behalf of all others similarly situated,
14                                             **STIPULATION AND ~~PROPOSED~~**
                                   Plaintiff,  **ORDER REGARDING DEFENDANT'S**
15        v.                                   **RESPONSE TO THE COMPLAINT**
16 STUBHUB, INC.,                              Courtroom: 2 –14th Floor
                                               Judge: Hon. Haywood S. Gilliam, Jr.
17                                Defendant.
18

Pursuant to Local Rule 6-1, Plaintiff Michelle Kopfmann ("Plaintiff") and Defendant StubHub, Inc. ("Defendant") hereby stipulate as follows:

WHEREAS, Plaintiff filed her complaint on May 1, 2020;

WHERES, Defendant's response to the complaint was due on or before July 13, 2020;

WHEREAS, a motion to transfer this action to the Northern District of Illinois was filed with the United States Judicial Panel on Multidistrict Litigation (the "JPML") on May 29, 2020; and

WHEREAS, Plaintiff and Defendant have met and conferred and agreed, subject to the Court's approval, that Defendant does not need to respond to the complaint until after JPML rules on the motion to transfer.

NOW, THEREFORE, the parties stipulate as follows:

Subject to the Court's approval, Defendant does not need to respond to Plaintiff's complaint until after the JPML rules on the pending motion to transfer. Defendant's response will be due no later than 14 days after the JPML rules on the motion to transfer.

**IT IS SO STIPULATED.**

Dated: June 22, 2020             **GIBBS LAW GROUP LLP**

By: ___*/s/ Michael L. Schrag*___

Michael L. Schrag (State Bar No. 185832)
Joshua J. Bloomfield (State Bar No. 212172)
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
E-mail: mls@classlawgroup.com
            jjb@classlawgroup.com

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: June 22, 2020 | **McDERMOTT WILL & EMERY LLP** |
| | By:   */s/ William P. Donovan, Jr.* |
| | William P. Donovan, Jr (SBN 155881)<br>wdonovan@mwe.com<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: 310 277 4110<br>Facsimile: 310 277 4730 |
| | *Attorneys for Defendant*<br>*STUBHUB, INC.* |

**ECF Signature Certification**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ William P. Donovan, Jr.*

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

Defendant does not need to respond to Plaintiff's complaint until after the JPML rules on the pending motion to transfer. Defendant's response will be due no later than 14 days after the JPML rules on the motion to transfer.

Dated: 6/23/2020

*Haywood S. Gilliam, Jr.* (signature)

Haywood S Gilliam, Jr.
United States District Judge